

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

2011 AUG 17 PM 3:06

SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROLANDO MUNIZ,<br><br>Defendants. | CRIMINAL NO. _____<br>**SA11CR0675 FB**<br>**INDICTMENT**<br><br>[Vio: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), & 846: Conspiracy to Distribute and Possess with Intent to Distribute Cocaine (5 kilograms or more);<br>Vio: 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A): Possession with Intent to Distribute Cocaine (5 kilograms or more); 18 U.S.C. § 2: Aiding & Abetting.] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), & 846]

That from about September 10, 2009 through the time of this indictment, in the Western District of Texas, Defendant,

**ROLANDO MUNIZ,**

knowingly, intentionally, and unlawfully combined, conspired, confederated, and agreed with others, known and unknown, to distribute and to possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846;

## COUNT TWO
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A); 18 U.S.C. § 2]

That on or about September 10, 2009, in the Western District of Texas, Defendant,

**ROLANDO MUNIZ,**

aiding and abetting others, did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THREE
[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A); 18 U.S.C. § 2]

That on or about November 5, 2010, in the Western District of Texas, Defendant,

**ROLANDO MUNIZ,**

aiding and abetting others, did unlawfully, knowingly, and intentionally possess with intent to distribute a controlled substance, which offense involved five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

A TRUE BILL,

FOREPERSON

JOHN E. MURPHY
United States Attorney

By: JOEY CONTRERAS
Assistant United States Attorney